# Court of Appeals
# of the State of Georgia

ATLANTA, November 28, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0776.  LARRY WARREN v. MELISSA WARREN.

In June 2017, the trial court entered the parties' final judgment and decree of divorce.  Husband Larry Warren subsequently filed a motion for new trial, which the trial court denied.  Husband then filed this direct appeal.  We, however, lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal.  OCGA § 5-6-35 (a) (2).  "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991).  Husband's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta, 11/28/2017
    I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.